

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2013

No. 04-13-00523-CR

Jose **MORENO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. NM182574
Honorable Andrew Carruthers, Magistrate Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on August 28, 2013.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2013.

_____
Keith E. Hottle, Clerk